UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-62322-CIV-WILLIAMS

ALAN REDDISH,

    Plaintiff,

vs.

AVRAHAM OVADIA, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation ("Report") on Defendants' motion to dismiss. (DE 21). In the Report, Judge Valle recommends that Defendants' motion to dismiss be **GRANTED** only as to his claims regarding third-party noncompliance and **DENIED** in all other respects. In addition, Judge Valle recommends that Plaintiff should be allowed leave to replead his allegations regarding third-party websites. No objections to the report were filed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Valle's Report (DE 21) is **AFFIRMED AND ADOPTED**.

2. Defendants' motion to dismiss (DE 8) is **GRANTED IN PART AND DENIED IN PART.**

3. Plaintiff may file an amended complaint by **September 11, 2020** that amends his pleadings regarding third-party noncompliance.

**DONE AND ORDERED** in chambers in Miami, Florida this 28th day of August, 2020.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

2